UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTINO MOISES ORTEGA CHAVEZ, | Case No. 2:26-cv-01349-FMO-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOSHUA JOHNSON, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by Justino Moises Ortega Chavez ("Petitioner"), the Court's Order dated February 27, 2026, that, among other things, granted the Fourth Claim for Relief in the Petition (Dkt. 13, "Order"), the Answer to the Petition by Respondents (Dkt. 14), Petitioner's Reply to the Answer (Dkt. 16), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 18, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT: (1) Respondents are ordered to comply with the United States Constitution and all applicable federal laws,

regulations, and procedures in any future immigration proceedings involving Petitioner; and (2) Judgment shall be entered granting the Petition, in part, on the Fourth Claim for Relief as provided in the Order and dismissing the remaining claims in the Petition without prejudice as moot.

Dated: March 30, 2026 _____                    _____/s/_____
                                                    FERNANDO M. OLGUIN
                                                    United States District Judge