UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTINO MOISES ORTEGA CHAVEZ, | Case No. 2:26-cv-01349-FMO-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| JOSHUA JOHNSON, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is granted, in part, as to the Petition's Fourth Claim for Relief as provided in this Court's Order of February 27, 2026 (Dkt. 13), with the remaining claims in the Petition dismissed without prejudice.

Dated: March 30, 2026 _____                _____/s/_____
                                          FERNANDO M. OLGUIN
                                          United States District Judge