UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-1349 FMO (JDE) | Date | July 17, 2026 |
|---|---|---|---|
| Title | Justino Moises Ortega Chavez v. Joshua Johnson, et al. | | |

Present: The Honorable | Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None Present | None Present |

**Proceedings:        (In Chambers) Order Re: Stay of Proceedings**

On the court's own motion, and in light of the pending United States Supreme Court case, Montoya Palacios v. Liggins, CV 25-1223, which raises the issue of whether attorney's fees can be awarded under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in habeas petitions challenging immigration detention, IT IS ORDERED THAT:

1.  This case is stayed pending a decision by the Supreme Court in Montoya Palacios v. Liggins, or further order of the court.

2.  Petitioner's Motion for Attorney Fees and Costs Under EAJA **(Document No. 21)** is **denied without prejudice**.  Petitioner may, after meeting and conferring with respondents' counsel, file a renewed motion for attorney's fees that takes into account the Supreme Court's decision in Montoya Palacios v. Liggins.  Petitioner shall, if warranted, file its renewed fee motion no later than 30 days after the Supreme Court issues its decision in Montoya Palacios v. Liggins.

3.  The Ex Parte Application to Stay Case **(Document No. 23)** is **denied as moot**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |